UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br>JULIE C. BLEACHER<br>Defendant | Civil Action No: 16-00622 |

FILED
JAN 19 2017
KATE BARKMAN, Clerk
By _____ Dep. Clerk

### ORDER

AND NOW, this 19th day of January, 2017, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

### ORDERED

1. That the public sale held on November 09, 2016 is hereby confirmed.

2. That the Marshal is ordered and directed to execute and deliver to Jonathan Leventry, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of JULIE C. BLEACHER in and to the premises sold located at 2698 Northfield Drive, East Petersburg, PA 17520.

3. That jurisdiction is retained for such further orders or decrees as may be necessary.

_____ J.