**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | CIVIL NO. 16-00622 |
| vs. | |
| JULIE C. BLEACHER | |
| Defendant | |

**A. SCHEDULE OF DISTRIBUTION**

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser.................................. $86,108.00

Amount of cash received................................................................$86,108.00

**TO BE DISTRIBUTED AS FOLLOWS:**

**US MARSHAL COSTS:**

   Mileage and Fees........................................................................$168.48

DEPARTMENT OF JUSTICE COSTS:
  (To be forwarded to: U.S. Department of Justice, Debt Accounting Operations Group, Suite 503 N, National Place Building, Washington, DC 20530-0001)

   Advertising Cost ........................................................................$2,023.56

TOTAL COSTS TO U.S. GOVERNMENT ..................................$2,192.04

Proceeds of sale, less costs, to Farmer's Home Admin ..................$83,915.96
   (to be forwarded to US Attorney's office)

                                                 Respectfully submitted,

                                                 KML Law Group, P.C.

                                                 By: _____
                                                 Thomas I. Puleo, Esquire
                                                 Pennsylvania Attorney I.D. No. 27615
                                                 Suite 5000 – BNY Independence Center
                                                 701 Market Street
                                                 Philadelphia, PA  19106-1532
                                                 (215) 825-6309

### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>               Plaintiff<br><br>vs.<br><br>JULIE C. BLEACHER<br><br>               Defendant | CIVIL NO. 16-00622 |

### CERTIFICATE OF SERVICE

I do hereby certify that this Schedule of Distribution and Certificate of Service was made upon:

    JULIE C. BLEACHER
    2698 Northfield Drive
    East Petersburg, PA 17520

by mailing a true and correct copy thereof, postage prepaid, on this __25__ day of January, 2017.

                                          Respectfully submitted,

                                          KML Law Group, P.C.

                                          By: _/s/ Brittni Augustin_
                                          Brittni Augustin, Legal Secretary
                                          Suite 5000 – BNY Independence Center
                                          701 Market Street
                                          Philadelphia, PA  19106-1532
                                          (215) 825-6470